Argued and submitted June 19, reversed July 10, 1985

FLETCHER,
*Petitioner,*

*v.*

EMPLOYMENT DIVISION et al,
*Respondents.*

(84-AB-1370-A; CA A33968)

702 P2d 1156

Paul B. Gamson, Portland, argued the cause for petitioner. With him on the brief were Kulongoski, Durham, Drummonds & Colombo, Portland.

Michael D. Reynolds, Assistant Attorney General, Salem, waived appearance for respondent Employment Division.

Maureen R. Sloane, Portland, argued the cause for respondent Portland Public Schools. With her on the brief were Donna M. Cameron and Miller, Nash, Wiener, Hager & Carlsen, Portland.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

Petitioner seeks judicial review of an order of the Employment Appeals Board that reversed a referee's decision and denied him unemployment compensation benefits because, it held, he had "failed to accept an offer of suitable work without good cause." A recitation of the facts would not benefit bench or bar. EAB's opinion is irretrievably flawed, because there is no substantial evidence that petitioner ever received an offer of work. Petitioner is entitled to benefits.

Reversed.[1]

---

[1] Because this error is dispositive, we are not required to discuss petitioner's alternative contentions, most of which appear to be well taken but would require only a remand, rather than a reversal.